IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-01479-WJM-NYW

SINKSAR YOSEPH,

    Plaintiff,

v.

KAVOD SENIOR LIVING/ALLIED JEWISH APARTMENTS,

    Defendant.

## ORDER GRANTING MOTION TO APPOINT COUNSEL

This matter is before the Court on Plaintiff's Motion to Appoint Counsel. (ECF No. 9.) In accordance with Rule 15 of the Attorney Rules for the District of Colorado, "Attorney *Pro Bono* Representation," the Court hereby determines that *pro se* Plaintiff Sinksar Yoseph merits appointment of counsel drawn from the Civil *Pro Bono* Panel. The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;
    2) the potential merit of the *pro se* party's claims;
    3) the demonstrated inability of the *pro se* party to retain counsel by other means; and
    4) the degree to which the interests of justice, including the benefit to the Court, will be served by appointment of counsel, may derive from the assistance of the appointed counsel.

*See* D.C.COLO.LAttyR 15(f)(1)(B).

Accordingly, it is ORDERED as follows:

1.    Plaintiff's Motion to Appoint Counsel (ECF No. 9) is GRANTED; and

2. The Clerk of the Court shall select, notify, and appoint a member of the Panel to represent the *pro se* litigant in this matter. See D.C.COLO.LAttyR 15(f)(2). **Ms. Yoseph is advised that there is <u>no guarantee</u> that Panel members will undertake representation in every case selected as part of the Civil *Pro Bono* Program. Ms. Yoseph is further cautioned that, until appointed counsel (if any) enters an appearance, she will continue to be responsible for all scheduled matters, including hearings, depositions, motions, and trial, and must follow the Court's procedures and rules accordingly.**

Dated this 29th day of October, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge