**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:14-cv-03227-RM-KMT

KEITH FREEDMAN,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

---

**ORDER DISMISSING ACTION WITH PREJUDICE**

---

THE COURT, having reviewed the Stipulation of Dismissal of Action With Prejudice [Docket No. 42] (the "Stipulation") jointly filed by Plaintiff Keith Freedman and Defendant Ocwen Loan Servicing, LLC, and being fully advised in the premises, HEREBY

ORDERS that the Stipulation is APPROVED. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice, with each party responsible for its/his own attorneys' fees and costs.

DATED this 29th day of October, 2015.

                      BY THE COURT:

                      _____
                      RAYMOND P. MOORE
                      United States District Judge